AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:22mj35 | Date and time warrant executed: 04/06/2022 10:23 pm | Copy of warrant and inventory left with: Kimberley M Teague |
| Inventory made in the presence of: TFO Carol Smith |||
| Inventory of the property taken and name of any person(s) seized: See Attached Evidence Log re: 2013 Silver Subaru Coupe with Virginia tag TYZ-9725 @ 7327 Lee Hwy, Rural Retreat, VA 24368 |||

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY - 2 2022

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/21/22

_Executing officer's signature_

Carolina Smith - DEA TFO
_Printed name and title_

Returned to me this 2nd day of May, 2022.

Pamela Meade Sargent
USMJ

# EVIDENCE LOG

Page 1 of 1

Date: 04-06-2022

Case # 1:22MJ33

Location: 2013 Silver Subaru Coupe with Virginia tag TYZ-9725 @ 7327 Lee Hwy., Rural Retreat, VA 24368

Time Search Began: 10:23 pm     Time Search Ended: 11:20 pm

Log prepared by: B. Snedeker

| Item # | Description | Where Found/Who Found | Evidence/Sample | Seized By | Photo |
|---|---|---|---|---|---|
| 1 | United States Currency (cash) | Multi-colored purse on right rear passenger seat / Ray Cox | E | C. Smith | Y |
| 2 | Approximately 150 blue pills stamped "M-30" inside a black, plastic Ziploc-type bag with a skull print | Front passenger floorboard/ C. Spurlock | E | C. Smith | Y |
| 3 | Tan and brown notebook with writing | Front passenger door pocket / C. Smith | E | C. Smith | Y |
| 4 | Blue Samsung cell phone | Front passenger seat / C. Smith | E | C. Smith | Y |
| 5 | Torn plastic bag with off-white substance | Kim Teague's mouth / C. Smith | E | C. Smith | Y |
| 6 | Gray Samsung cell phone | Driver's seat / Ray Cox | E | C. Smith | Y |